FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00807-CV

**IN RE** Jacklyn **DAVIDSON**

Original Mandamus Proceeding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
          Irene Rios, Justice
          Lori I. Valenzuela, Justice

On December 5, 2022, relator filed a first amended petition for writ of mandamus. Relator's first amended mandamus petition violates Texas Rule of Appellate Procedure 9.9 in that the appendix to relator's first amended mandamus petition includes sensitive data, specifically the birth dates and names of people who were minors when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9. We therefore **ORDER** that relator's first amended mandamus petition is **STRICKEN**. We further **ORDER** relator to file an amended mandamus petition containing an appendix in compliance with Texas Rule of Appellate Procedure 9.9 on or before **December 12, 2022.**

It is so **ORDERED** on December 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT